**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYRONE CRAIG DOTSON,<br><br>      Petitioner,<br><br>      v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>      Respondent. | CASE NO. 2:17-CV-03907-SJO (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting the Report and Recommendation of the U.S. Magistrate Judge, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and the action dismissed with prejudice.

*S. James Otero*

DATED: July 5, 2017

HON. S. JAMES OTERO
U.S. DISTRICT JUDGE